IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRIS CHAMBERS** | : | **Civil No. 1:18-CV-2386** |
| **and LAMAR DeSHIELDS,** | : | |
| | : | |
| **Plaintiffs,** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **YORK COUNTY PRISON,** | : | |
| **CLAIR DOLL, individually and in her** | : | |
| **official capacity as Warden of York** | : | |
| **County Prison,** | : | |
| **MARY SABOL, individually and in** | : | |
| **her official capacity as former Warden** | : | |
| **of York County Prison,** | : | |
| **and JOHN DOES 1-10,** | : | |
| | : | |
| **Defendants.** | : | **Judge Sylvia H. Rambo** |

# O R D E R

The background of this order is as follows: On December 17, 2018, Plaintiffs filed a complaint. (Doc. 1.) On February 26, 2019, Defendant York County Prison filed a motion to dismiss and a brief in support thereof. (Docs. 5-6.) Plaintiffs timely filed an amended complaint, which added Defendants Clair Doll, Mary Sabol, and John Does 1-10 on April 2, 2019. (Doc. 9.)

While the filing of the amended complaint may have cured certain issues raised in Defendant York County Prison's motion to dismiss, it does not vacate the outstanding motion. Accordingly, **IT IS HEREBY ORDERED** that:

1) By April 9, 2019, Defendant York County Prison shall withdraw, amend, or stand on the currently filed motion to dismiss (Doc. 5). *See* Fed. R. Civ. P. 15(a)(1)(3).

2) If Defendant York County Prison files an amended motion, or elects to stand on the currently filed motion, Plaintiffs shall file a responsive brief within fourteen days thereafter.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: April 2, 2019