**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA (Harrisburg)**

| | | |
|---|---|---|
| IRIS CHAMBERS and LAMAR DESHIELDS | : : : | |
| Plaintiffs, | : : | NO. 1:18-cv-02386 |
| v. | : : | |
| YORK COUNTY PRISON | : : | **JURY TRIAL DEMANDED** |
| Defendant. | : | |

## ORDER

AND NOW this \_\_\_\_\_13th\_\_\_\_\_ day of \_\_\_May\_\_\_, 2019, upon consideration of Plaintiffs' Motion for Enlargement of Time to Respond to Defendant's Motion to Dismiss, it is hereby ORDERED and DECREED that Plaintiffs' Motion is GRANTED, and Plaintiffs shall have seven (7) additional days from the date of entry of this order.

**AND IT IS SO ORDERED**.

                                                                    s/Sylvia H. Rambo
                                                                    Judge Sylvia H. Rambo