IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IRIS CHAMBERS and LAMAR DeSHIELDS,** | Civil No. 1:18-cv-2386 |
| **Plaintiffs,** | |
| v. | |
| **YORK COUNTY PRISON,** *et al.*, | |
| **Defendants.** | **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the accompanying memorandum, the court hereby **GRANTS**, in part, and **DENIES**, in part, the motion to dismiss (Doc. 11) filed by Defendants. The court therefore orders:

(1) Plaintiff's failure to promote claims, section 1981 claims, and claims against the individual defendants are **DISMISSED WITH PREJUDICE**.

(2) Plaintiff Lamar DeShields's retaliation claim is hereby **DISMISSED WITHOUT PREJUDICE**.

(3) Plaintiff Lamar DeShields is **GRANTED LEAVE** to file, within twenty-one days, an amended retaliation claim.

(4) The motion is denied on all other bases.

                                       */s/ Sylvia H. Rambo*
                                       SYLVIA H. RAMBO
                                       United States District Judge

Dated: October 21, 2019