IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IRIS CHAMBERS and LAMAR DeSHIELDS,** | : | Civil No. 1:18-cv-2386 |
| Plaintiffs, | : | |
| v. | : | |
| **YORK COUNTY PRISON,** | : | |
| Defendant. | : | **Judge Sylvia H. Rambo** |

# **O R D E R**

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendant's Motion for Summary Judgment (Doc. 36) is **DENIED**.

                                                    s/Sylvia H. Rambo
                                                  SYLVIA H. RAMBO
                                                  United States District Judge

Dated: March 31, 2021